**SD** UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IDA JOYCE HENDRICKS WALKER Pro Se
ALVIN AUGUSTUS WALKER Pro Se

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Philadelphia Gasworks
Judge Rainey
City of Philadelphia

**12   2673**

**COMPLAINT**

Jury Trial: ☒ Yes   ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name             IDA & ALVIN WALKER Pro Se
            Street Address   5403 MEDIA ST
            County, City     Philadelphia
            State & Zip Code PENN 19131
            Telephone Number 2677605704  2677605697

*Rev. 10/2009*

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name _Philadelphia Gas Works_
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 2  Name _Judge Rainey_
Street Address _____
County, City _Unknown_
State & Zip Code _____

Defendant No. 3  Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4  Name _____
Street Address _____
County, City _____
State & Zip Code _____

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
☒ Federal Questions   ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _I do not know_

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

III. **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? _____

B. What date and approximate time did the events giving rise to your claim(s) occur? _____

C. Facts: *SEE ATTACH*

[What happened to you?]

[Who did what?]

[Was anyone else involved?]

[Who else saw what happened?]

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _____ day of __5-16-12_____ , 20_____.

Signature of Plaintiff _*Akmi A Walker*_

Mailing Address _____

_____

_____

Telephone Number _____

Fax Number *(if you have one)* _____

E-mail Address _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

April 2012

5403 Media Street

Philadelphia, PA 19131

To whom this may concern:

I am writing this letter on behalf of myself, Rev. Alvin Walker, and my wife, Joyce Walker. We are appealing the ruling in our case against the Philadelphia Gas Works (PGW). What we are praying for in this appeal is to have justice in our case and to have a qualified judge preside in the appeal. We feel that the judge involved in our case, Judge Rainie, was not qualified to preside over our case since he did not have knowledge of plumbing, heating, or working with gas. The argument against our case which was stated by a representative from PGW, "Could gas have been coming out of the pipe with no one knowing about it?" This leak that went unnoticed by the residents of the 5400 block of Media Street, accumulated into a $30,000 gas bill. I would like to state that a leak that would accumulate a bill of $30,000, the 5400 block of Media Street would not be standing. I would also like to add that no one complained about smelling gas in the neighborhood. I feel that if the judge was qualified in working with gas, he would have understood that a leak amounting to $30,000 would have put the lives of the people in the neighborhood in danger.

Prior to my wife and I getting married in July of 2000, no one lived at 5403 Media Street. When my wife and I move in, we had a water credit of $7,000, which was due to the fact that no one was living there and no water was being used. I was never given the opportunity during the trial to provide this information, which is critical for our case in stating that no one was living at 5403 Media Street. I would also like to state that there was no gas meter in the residence when we moved in this residence in 2000. When we moved in, we realized the gas was not functioning because the gas appliances were not functioning. I replaced the boiler, the hot water tank, and the stove. All of these appliances require gas in order to properly operate. Since the appliances had to b replaced, how could we be billed for gas that was not being used?

My next point is dealing with the cost of my bill and fact that PGW allowed the gas bill to accumulate to $30,000. Recently, my wife paid our gas bill late and before she could pay it, they sent a shut-off notice to our home. If the gas company will send a shut off notice for one late payment, how could they allow the gas to accumulate $30,000 without shutting the gas off? I remember when I lived on Windsor Ave., I owed the gas company $90 and my gas was turned off, for $90.00! How then could we receive a $30,000 gas bill?

Along with not being able to show our $7,000 water credit in the trial, I was told by Judge Rainie that I was not allowed to ask the representative form PGW questions regarding this case. I also feel that Judge Rainine may have been swayed to favor the representative from PGW who kept crossing and uncrossing her legs. I was never allowed to make mention of the fact that when I

called PGW, the customer service representatives have spoken so malevolently towards me and how they constantly threatened to shut off our gas. I suffer from various health conditions, all of which I can prove, and I should not have to have the representatives threatening to shut off our gas during the colder months. I do not think it is fair that just because PGW has a monopoly on the gas utilities, we should be treated in a way that is demeaning and disrespectful.

Again, what we are praying for are qualified judges and justice in our appeal. I recommend that a qualified panel of three judges that have knowledge of the working of gas and heat that will hear our appeal in our case against PGW and render a judgment that is fair and just and hold PGW accountable for giving my wife and I a gas bill that we did not accumulate. Also, I would like the cases from the past seven years that were reviewed by Judge Rainie regarding disputes against PGW be re-evaluated by the panel of three judges as well. I am also asking that the money that my wife paid to PGW be returned with interest and compensation to my wife and I for all of the inconvenience that we endured.



Sincerely,


Rev. Alvin Walker

*Elder Alvin A Walker*

*Elda J. Hendricks - Walker*

```
                                                                  PAGE      1
REPORT : ZDRDOCT            First Judicial District      RUN DATE 04/18/12
USER ID: CSC                  CIVIL DOCKET REPORT        RUN TIME 12:02 PM
                              CASE ID 111030612
```

---

```
CASE NUMBER            CASE CAPTION
111030612              CITY OF PHILA vs CLAUDE M HENDRICKS

FILING DATE            COURT         LOCATION      JURY
08-OCT-2011            JD            CH            N

CASE TYPE: CLAIM FOR GAS SERVICE
STATUS: GAS SERVICE CLAIM JDGMNT FILED


Seq # Assoc Expn Date    Type   ID        Party Name / Address & Phone No.

1                        PLF    I1000     CITY OF PHILADELPHIA
                                             C/O LAW DEPARTMENT
                                             1515 ARCH ST, 15TH FLOOR
                                             PHILADELPHIA PA 19102-1595

2                        DFT    @7057912  CLAUDE M HENDRICKS
                                             MEDIA STREET 5403
                                             PHILA PA 19131



Filing Date / Time     Docket Entry                               Date Entered

08-OCT-11 21:00:20     ACTIVE CASE                                    08-OCT-11

08-OCT-11 21:00:20     GAS SERVICE CLAIM JDGMNT FILED    18,595.77    08-OCT-11
                                                         CITY OF PHILADELPHIA,

08-OCT-11 21:00:20     CITY CHARGE                                    08-OCT-11
                                                         CITY OF PHILADELPHIA,
```

* * * End of Docket * * *